```
UNITED STATES (US) DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (SDNY)

DOCUMENT.DOCUMENT[TYPE]/.>COMPLAINT$GENERAL.opened._.complaint$general(%new:2024-05-
01_):<

In accord with its own self-disclosure, in instructions available via the Internet
(https://www.nysd.uscourts.gov/sites/default/files/pdf/ProSe/Filing-A-Complaint-Guid
e-2024-revisions.pdf), the US District Court of the SDNY establishes that, in order
for a document to qualify as the submission type "complaint-general," that document
requires the following elements, herein included in a positive statuting-forth of
the plaintiff's complaint-general-particular, with the intent to complain, etc.:

._.PARTIES() = {}
._.PARTIES() = {

._.PLAINTIFF(S)() = {}
._.PLAINTIFF(S)() = {
PLAINTIFF/0001() = {}
PLAINTIFF/0001() = {
        TYPE:CORPUS/HUMAN
        NAME.LAST.:JANCZUK
        NAME.FIRST.:WERONIKA}}

VERSUS

._.DEFENDANT(S)() = {}
._.DEFENDANT(S)() = {
DEFENDANT/0001() = {}
DEFENDANT/0001() = {
        TYPE:GOVERNMENT
        NAME:UNITEDSTATESOFAMERICA
        NAME.ACRONYM.:USA, US}

DEFENDANT/0002() = {}
DEFENDANT/0002() = {
        TYPE:INSTITUTION.COLLECTIVE-OF:CORPORATE.

NAME:THEASSOCIATIONOFAMERICANPUBLISHERS.=>via:associaton:publishers[book].all.

DEFENDANT/0003() = {}
DEFENDANT/0003() = {
        TYPE:INSTITUTION.COLLECTIVE-OF:CORPORATE.

NAME:THEASSOCIATIONOFAMERICANLITERARYAGENTS.=>via:associaton:agencies[literary].all.
}}

I. BASIS FOR JURISDICTION
[X] FEDERAL QUESTION
[X] DIVERSITY OF CITIZENSHIP
```

```
II. PARTIES
A. PLAINTIFF INFORMATION
PLAINTIFF/0001.INFORMATION.() = {}
PLAINTIFF/0001.INFORMATION.() = {
PLAINTIFF/0001.NAME.FIRST.:WERONIKA
PLAINTIFF/0001.NAME.MIDDLE>INITIAL.:E
PLAINTIFF/0001.NAME.LAST.:JANCZUK
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STREET.:>redacted[%:communication:with/defendant:
type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CITY.:>redacted[%:communication:with/defendant:ty
pe:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STATE.:>redacted[%:communication:with/defendant:t
ype:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:>redacted[%:communication:with/defend
ant:type:electronic.request.filed._.]}

B. DEFENDANT INFORMATION
DEFENDANT/0001.INFORMATION.() = {}
DEFENDANT/0001.INFORMATION.() = {
DEFENDANT/0001.NAME.:UNITEDSTATESOFAMERICA,via:EXECUTIVEOFFICEFORUNITEDSTATESATTORNE
YS,@,USDEPARTMENTOFJUSTICE
DEFENDANT/0001.ADDRESS.POSTAL.HARD.STREET.:950 Pennsylvania Avenue NW, Room 2242
DEFENDANT/0001.ADDRESS.POSTAL.HARD.CITY.:Washington
DEFENDANT/0001.ADDRESS.POSTAL.HARD.STATE.:DC
DEFENDANT/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:20530-0001}

DEFENDANT/0002.INFORMATION.() = {}
DEFENDANT/0002.INFORMATION.() = {
DEFENDANT/0002.NAME.:THEASSOCIATIONOFAMERICANPUBLISHERS
DEFENDANT/0002.ADDRESS.POSTAL.HARD.STREET.:1730 Pennsylvania Avenue NW
DEFENDANT/0002.ADDRESS.POSTAL.HARD.CITY.:Washington
DEFENDANT/0002.ADDRESS.POSTAL.HARD.STATE.:DC
DEFENDANT/0002.ADDRESS.POSTAL.HARD.CODEPOSTAL.:20006}

DEFENDANT/0003.INFORMATION.() = {}
DEFENDANT/0003.INFORMATION.() = {
DEFENDANT/0003.NAME.:THEASSOCIATIONOFAMERICANLITERARYAGENTS
DEFENDANT/0003.NAME->addresslink.:C/O: JAIME WOLF, JD, COUNSEL TO AALA
DEFENDANT/0003.ADDRESS.POSTAL.HARD.STREET.:50 Broad Street, Suite 1609
DEFENDANT/0003.ADDRESS.POSTAL.HARD.CITY.:New York
DEFENDANT/0003.ADDRESS.POSTAL.HARD.STATE.:NY
DEFENDANT/0003.ADDRESS.POSTAL.HARD.CODEPOSTAL.:10004}

III. STATEMENT OF CLAIM
._.PLACE(S) OF
OCCURRENCE:INALLPLACESWHEREINAGENTSLITERARYANDBOOKPUBLISHERSCOMEINTOCONTACTWITHPERSO
NSANDPERSONALIVESWITHLEGALANDSOCIALREPERCUSSIONS
._.DATE(S) OF OCCURRENCE:2010-PRESENT
._.FACTS:
```

```
FACTS() = {}
FACTS() = {
FACTS.CONTEXT.() = {}
FACTS.CONTEXT.() = {
FACTS.CONTEXT.CONTEXT-THEORETICAL.() = {}
FACTS.CONTEXT.CONTEXT-THEORETICAL.() = {
```
The following section of facts establishing context is designed to establish context-theoretical, in accord with basic-to-non-basic principles of law and/or social and cultural normativity, etc.:
[A:0001] No publicly-available standard for evaluation and litigation exists for any procedural essential to the acquisition and publication of the book (as in, standards related to the object itself, not to any form of proximate-to-it corporate lifestyle, even as both might and/or do impact each other in all praxes).}

```
INJURIES.() = {}
INJURIES.() = {
```
[0001] Personalities of a particular kind cannot find the voices they require or desire, even as they cognize with mutual agreement the value of written art.
[0002] Persons understanding themselves to have a skykiographic or cognitive authority--especially in ever-instilled empathy with and for those industrially and commonly understood as excellent--cannot be guaranteed proportionate skykiographic or cognitive authorities. If partnerships like agenting and editorial work are like marriage in some major-cognitive synonymytry, the industry doesn't guarantee partnership.}

IV. RELIEF:
[0001] For the book publishing industry to immediately examine, review, and tier--at a minimum, for the literary agent operating as the contractive representative of the humanist-creative-author-etc.--the competencies, characteristics, tendecies, and otherwise of all, or similar, in such a way that there is no abuse of the persons involved but instead a completely legally-binding clarity about something like political preference for the sake of the evaluation-quantitative of needs among readers and authors--a specific point-of-precision being the work of the acquiring editor, the work of the marketing team, and the work of the object mainframing contracting, with the competencies of literary agents to be evaluated granted (noting that the PLAINTIFF has no immediate difficulties--to be transparent--with the AALA's standard of a history of contracted contracts-->).
[0002] For the book publishing industry to immediately adopt-entirely or make-available-with-support-and-disclosure a legally-binding and social-work-binding process for reporting and suing over psychiatric needs, social work needs, scaffolding needs, and more, including the foundation for the opening of a right to sue--including and/or-only the right to understand in instances such as very common grammar mistakes.
[0003] For the USA to offer literary agents, their agencies, their software engineers and similar, their editors and publishers a legal salary or stipend to operate adjudicatively and to begin the process of constructing a legal infrastructure that litigates unto published "staffolds"--positive statements containing within themselves the entire thought, concept, notion, or otherwise--over the nature, type, utility, or otherwise of the book product involved (i.e., "a lawsuit to litigate constructively whether the pages here are generic relative to

other books"(), etc.), a model for an industry-wide language where none exists, for a framework of transparency against which to litigate competencies (an innovation from a model of ontological-reputation-like-infused purchase, a good always but one that monopolizes a particular dimension of experimental and potency-unto-actuality analyses in niche contexts, as the foundation and maintenance of a book publishing company in a "saturated market" with bizarre and unique contingencies is not necessarily a rational or proportionately-easy venture-seeking phenomenon; time and distribution and algorithmic support of those things generally understood to be valued and universally-agreed to be valued--to the proportionate extant that publishers and corporations like Amazon persist and do so with utility).
[0004] For an industry-wide resolution or declaration of good will with contingencies with regards to standards for the process of acquisition, to be made available for litigation to civilians and authors and readers and more.
[0005] For an industry-wide refurbishment of all notions of the constitution of quality in new categories and tiers and standards for belonging to the AALA and AAP, with a greater precision and declaration of standards for acquisition, against which innovative suits can be introduced and/or similar.
[0006] For an industry-wide JavaScript-like router of precision for the placement, in categories of genre, experience, content, and more, all books published.
[0007] For the first conversation about the introduction of a concept parallel to "monopoly," of a positive kind, that umbrellas and wraps all book publishers and affiliated--given the unique and peculiar router of product consumption, ever-persistent, ever-changing, humanistic, person-centric, cognition-requiring, and moer--in something like a legal tree that might, in the end, require all publishers and agencies to attach themselves to a singular-base-template or similar supply-chain logistic, changing entirely parts of the process of acquiring and selling, to organize an industrial concentration that differentiates itself without necessarily infrastructural backing (a disciplinary organization, academically, i.e.; a corporate and legal organization, alongside creative, etc.).
[0008] For the AALA and AAP and similar to organize a constructive integration and uniformity--with the necessary social work and psychiatric contingencies as well as those for niche, personality, and more--with institutions such as QueryTracker, PublishersMarketplace, PitchWars, Writing.Com, Manuscript Wish List (MSWL), all conferences, the works of Donald Maass and otherwise, all social media campaigns, and more, noting a basic request for the consideration of a standard for industry-related aesthetic, brand, and more.
[0009] For the AALA and AAP to organize the first lawsuit-for-healing campaign, for all persons ever affected by the process to sue positively all complaints, against a template or otherwise upon which to agree, for the sake of a clearing-up of all industrial histories that perpetuate en masse trauma, abuse, interpersonal conflict, dehydration and anorexia and otherwise with regards to creativity, and more.
[0010] For the AALA and AAP to organize with journalistic constituents an opportunity to open a higher-form of normative journalism around the personal routers involved--even as basic--and to propose a higher form of unity between the book and the world beyond it in endorsing industrial needs for persons who can be mapped--in accord with preceding legal suit--as "skykioraphically-deficient" (persons lacking understanding, experience, competency, and more), confirming a serious industrial need for templated contracts in base form, mutual witness, matrixed agenting, growth-oriented humanism, and more.
[0011] For the AALA and AAP to, in deciding upon standards, require--at some point,

immediately, otherwise--a juris doctorate (MD), a psychology degree of some kind, a master of fine arts in writing (MFA), and otherwise--of its employees and creatives all.
[0012] For the AALA and AAP to standardize clear, concise, objective, mapped-against-standards means of declaring its industrial rejection-final of a project--at whatever stage--with its conditions and then to standardize some form of box around all spaces in which persons choose to innovate.
[0013] For the AALA and AAP to agree on a resolution of some kind--assuming the value of that resolution--of its essence and mission with regards to the adjudication above [0012], especially with regards to sought-after dimensions such as, i.e., wisdom, maturity, experience, voice, persistence, and more, to create that framework against which persons can be found to ask--i.e.--for corporations like Amazon to find ways to design algorithms that actively do--ultimately--even if for personal reasons alone--set aside for the ease of utilities projects that do not foster the good for them in accord with their freedom of utility and their cooperation in an industry's capitalism and econony, capital and lifegiving.
[0012] And similar.*-+
[*: JANCZUK imagines micro-chipped tiny checkboxes on a Google-like form (say, a spreadsheet with tiny squares) as the basic overhead referential. Context includes serious concern over the format of books published by authors with changes that seem to have en-masse departed from a unique characteristic, one, and two, serious concern over books that went unpublished, and three, serious concern over the conditioning that might be involved in poor formation of readers and more vis-a-vis those platforms--including Amazon, where no review is ever vetted "back" procedurally--that might and does damage authors and industrial lovers psychiatrically and more.

V. PLAINTIFF'S CERTIFICATIONS AND WARNINGS:
By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

PLAINTIFF/0001.SIGNATURE.() = {}
PLAINTIFF/0001.SIGNATURE.() = {
PLAINTIFF/0001.SIGNATURE.DATE.:2024-05-01
PLAINTIFF/0001.SIGNATURE.HARD.: Weronika E. K. Janczuk
[cognizant:signature:type:electronic.filed.]
PLAINTIFF/0001.NAME.FIRST.:WERONIKA
PLAINTIFF/0001.NAME.MIDDLE>INITIAL.:E
PLAINTIFF/0001.NAME.LAST.:JANCZUK
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STREET.:>redacted[%:communication:with/defendant:

```
type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CITY.:>redacted[%:communication:with/defendant:ty
pe:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STATE.:>redacted[%:communication:with/defendant:t
ype:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:>redacted[%:communication:with/defend
ant:type:electronic.request.filed._.]}

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
[X] YES
[ ] NO
>
```