UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WERONIKA JANCZUK,<br><br>                              Plaintiff,<br><br>            -against-<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>                              Defendants. | 24-CV-3510 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the August 26, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 26, 2024
          New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge